AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| SHARON MICHAELS | ) |
| *Plaintiff* | ) |
| v. | ) |
| NCO FINANCIAL SYSTEMS INC, et al | ) |
| *Defendant* | ) |

Civil Action No.   16-1339 (TFH)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

❏   other:

_____ .

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Thomas F. Hogan _____ on a motion for
final judgment in favor of NCO Financial Systems, Inc., Transworld System, Inc. and Mitchell Rubenstein &
Associates, P.C.

Date: _____ 02/08/2022 _____

*ANGELA D. CAESAR, CLERK OF COURT*

2022.02.08 13:32:52
-05'00'

_____
*Signature of Clerk or Deputy Clerk*